**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

**In Re:**   *STEPHEN ALLEN KERNAGHAN*                    **Case No.:**   *05-03192-8-RDD*
          *DEBORAH EULALA KERNAGHAN*

REPORT OF UNCLAIMED DIVIDEND

  The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

  1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *STEPHEN ALLEN KERNAGHAN* | $5.00 |
| *306 CINNAMON DRIVE* | |
| *HUBERT, NC 28539* | |

  2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

  WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

  DATED:  July 1, 2010

             /S/ RICHARD M. STEARNS
             RICHARD M. STEARNS
             Chapter 13 Trustee
             Post Office Box 2218
             Kinston, North Carolina 28502
             Phone:  (252) 523-2295